# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20-CR-2529-GPC |
|---|---|
| Plaintiff, | **JUDGMENT & ORDER GRANTING UNITED STATES' MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| v. | |
| BRIANA SHANDANY ROSAS, | [ECF No. 38] |
| Defendant | |

Upon the motion of the Government, and GOOD CAUSE appearing therefrom,

IT IS HEREBY ORDERED that the Information against Defendant BRIANA SHANDANY ROSAS in this case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: January 31, 2022

Hon. Gonzalo P. Curiel
United States District Judge